JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>   Plaintiff,<br><br>v.<br><br>ROY MEDICAL GROUP, INC.; and DOES 1 to 10,<br><br>   Defendant. | Case No. 2:24-cv-10753-AB (ASx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 8, 2025

            _____
            ANDRÉ BIROTTE JR.
            UNITED STATES DISTRICT JUDGE

1.